# EXHIBIT B

## Accused Product Documentation

**Cerinet USA, Inc. v. Samsung Electronics America, Inc.**
U.S. Patent No. 9,253,428

The following are publicly available product materials concerning the Accused Products (manufacturer datasheets/brochures and/or the manufacturer's public product and regulatory pages).

Samsung
Newsroom

# Samsung Electronics Adds NEXTGEN TV to 2020 QLED 8K Line-up

USA on January 5, 2020

### *Samsung's Ultra HD Viewing Experience enhanced with ATSC 3.0, the latest in broadcast TV technology standard*

Samsung Electronics announced today that its upcoming 2020 QLED 8K television lineup will offer ATSC 3.0 tuners. This next-generation broadcast standard provides consumers higher resolution, more realistic audio and interactive experiences, designed to usher a new era of over-the-air transmission TV broadcasting.

"Samsung is constantly transforming the technology we put in front of our consumers to give them the ultimate home entertainment experience, so leading this endeavor was a natural step," said Hyogun Lee, Executive Vice President of the Visual Display Business at Samsung Electronics. "NEXTGEN TV powered by ATSC 3.0 enhances the at-home viewing experience for our 2020 QLED 8K owners and beyond. We're excited to see how the standard steers our broadcast partners into developing content and experiences for our 8K ecosystem. We are just beginning to scratch the surface and are excited about the full potential enabled by ATSC 3.0."

One of the key benefits and improvements of NEXTGEN TV powered by ATSC 3.0 over the current ATSC 1.0 standard is its potential to receive and playback content in up to 4K resolution, rather than just Full HD that is currently available. This ensures that Samsu

SKIP TO CONTENT

**Samsung
Newsroom**

Alongside the vivid resolution, NEXTGEN TV brings audiences a more engaging and realistic audio experience. The standard's Multi-Channel Object Audio and Dialogue Enhancement features give users louder and clearer sound enabling immersive experience in addition to the traditional surround sound. The standard also revamps the capabilities with enhanced content and added information.

Samsung has been at the forefront of development efforts around high-resolution broadcast for years. The company has also been working with Pearl TV and the National Association of Broadcasters (NAB) on testing new features and broadcasting experimental transmissions, across many industry events and collaborations. These efforts have ensured that Samsung is leading the world with the best in class Ultra HD viewing experiences and have given broadcasters the ability to continue innovation within the 8K ecosystem.

For more information on Samsung's 2020 QLED TV lineup and NEXTGEN TV, please visit www.samsung.com.

2020 QLED 8K    ATSC 3.0    CES 2020    NEXTGEN TV    Samsung QLED 8K

**Press Resources**    Press Release

**Products**    TVs & Displays

For any issues related to customer service, please go to Customer Support page for assistance. For media inquiries, please click Media Contact to move to the form.

SKIP TO CONTENT

Samsung
Newsroom



# SAMSUNG

Terms of Use

Privacy and Cookies

Media Contact

SAMSUNG.COM

Copyright© SAMSUNG All Rights Reserved.

## Brand

- [ ] ADTH
- [ ] Hisense
- [ ] Panasonic
- [ ] Samsung
- [ ] Sony
- [ ] TCL
- [ ] Zinwell

## Resolution

- [ ] 4K HDR
- [ ] 8K HDR

## Display Type

- [ ] LED
- [ ] OLED
- [ ] Projector
- [ ] QLED

RESET

**UPGRADE ACCESSORY**

### ADTH NextGen TV USB

Works with Android TV and Fire TV.

NEW

BUY FROM AMAZON.COM

**UPGRADE ACCESSORY**

### Zinwell NEXTGEN TV Box

Supports both ATSC 3.0 and ATSC 1.0
High Dynamic Range (HDR) and Dolby AC-4 Audio
Security verified (requires no internet connection)

NEW

BUY FROM CHANNELMASTER.COM

**UPGRADE ACCESSORY**

### ADTH NEXTGEN TV Box



**TV**

## Samsung Class QN900F NeoQLED 8K (2025)

Samsung Models sold in Canada DO NOT have NEXTGEN TV capability.



| BUY 65" FROM SAMSUNG.COM |
| --- |
| BUY 75" FROM SAMSUNG.COM |
| BUY 85" FROM SAMSUNG.COM |

---

**TV**

## Samsung Class QN990F NeoQLED 8K (2025)

Samsung Models sold in Canada DO NOT have NEXTGEN TV capability.



| BUY 65" FROM SAMSUNG.COM |
| --- |
| BUY 75" FROM SAMSUNG.COM |
| BUY 85" FROM SAMSUNG.COM |
| BUY 98" FROM SAMSUNG.COM |

---

